**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ~~Braggs Lumber & Timbers Inc.~~

   S LUMBER & TIMBERS COMPANY, INC.
   VEN C. STALLWORTH
   /MILL BLVD
   S, ALABAMA 36761   Braggs Lumber Timber

2. Article Number
   (Transfer from service label)

   7003 3110 0003 7316 7280

PS Form 3811, February 2004      Domestic Return Receipt       102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Karla C. Golson    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Karla Golson

C. Date of Delivery: 11-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   07cv976

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes