**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Braggs Lumber & Timbers

Lumber & Timbers Company, Inc.
y 263 and 21
Alabama 36761

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Karla C Golson*   ☐ Agent
               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Karla Golson                    11-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

2:07cv976

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0003 7316 7297

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540