IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CARMICHAEL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0976-WKW |
| ) | |
| BRAGGS LUMBER AND ) | |
| TIMBERS COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Because it appears the defendant has failed to answer the complaint within the time limits imposed by Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, it is ORDERED that the plaintiffs shall file a status report **on or before December 28, 2007**, regarding the progress of this case and why default should not be entered against the defendant.

DONE this 21st day of December, 2007.

                                         /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE