UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CARMICHAEL, DARRYL HOWARD, )
STEVEN HOWARD, AND TERRENCE )
MASON, )
       )
    Plaintiffs, )
       )
v. )  Civil Action No.: 2:07-CV-976-WKW
       )
BRAGGS LUMBER & TIMBERS COMPANY, )
INC., a corporation licensed and doing )
business in the State of Alabama, )
       )
    Defendant. )

## ANSWER

1. Defendant admits that the jurisdiction of this Court was properly invoked and that the matters complained of in the complaint occurred within the Middle District of the State of Alabama.

2. Defendant admits the allegations of paragraphs 3 - 7, but denies the allegations of paragraphs 9 - 12.

3. Defendant admits the allegations of 14 and 15, but denies the allegations of paragraphs 16 - 25.

4. Defendant denies that the Plaintiffs are entitled to the relief prayed for.

5. Any and all treatment accorded Plaintiffs with respect to their employment was based on reasonable factors other than Plaintiffs' race.

6. Although Defendant denies that Plaintiffs' race was a motivating factor in the employment decision complained of, Defendant asserts that, even if race were such a factor, Plaintiffs would have been treated the same in any case because of other legitimate non-discriminatory reasons having nothing to do with the race of Plaintiffs.

/s/ Lewis S. Hamilton
LEWIS S. HAMILTON
505 E. Commerce Street
Greenville, Alabama 36037
Phone: (334) 382-3372
Fax: (334) 382-2770
pandh@elmore.rr.com
ASB-7032-075L

OF COUNSEL:

Powell & Hamilton
Post Office Drawer 9
Greenville, Alabama 36037
(334) 382-3372 (Voice)
(334) 382-2770 (Fax)