**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 11, 2008

# NOTICE OF NON-COMPLIANCE

**To: ALL COUNSEL OF RECORD**
**From: CLERK'S OFFICE**

**Case Style: James Carmichael, et al vs. Braggs Lumber & Timbers Company, Inc.**
**Case Number: 2:07cv976-WKW**

**Referenced Pleading: Document #9- Amended Complaint**

**The referenced pleading was electronically filed on \*\*\*January 10, 2008\*\*\* in this case and is not in compliance with Rule 15 of the Federal Rules of Civil Procedures and is hereby STRICKEN from the record.**