UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CARMICHAEL, DARRYL HOWARD, STEVEN HOWARD, AND TERRENCE MASON, <br><br> Plaintiffs, <br><br> v. <br><br> BRAGGS LUMBER AND CO., INC., a corporation licensed and doing business in the State of Alabama, <br><br> Defendant. | Civil Action No.: 2:07-cv-976-WKW <br> Plaintiff Demands Jury Trial |

**PLAINTIFFS' FIRST MOTION FOR LEAVE TO AMEND THEIR COMPLAINT**

COME NOW Plaintiffs, pursuant to Rule 15(a) of the *Federal Rules of Civil Procedure*, and move this Honorable Court to grant Plaintiffs' First Motion for Leave to Amend Their Complaint, and as grounds therefore state as follows:

1. Plaintiffs filed suit on October 30, 2007. (*See* Case History, Document #1). Defendant was served on November 5, 2007. (*See* Case History, Documents #4 & #5). Defendant filed an answer in this case on December 27, 2007. (*See* Case History, Document #7).

2. Subsequent to filing their initial Complaint, Plaintiffs have acquired new information that justifies the filing of an Amended Complaint.

3. This new information regards additional parties who were, at the same time and in the same manner, subjected to Defendant's alleged misconduct, as were Plaintiffs herein.

For the foregoing reasons, Plaintiffs request that this Honorable Court grant their First Motion for Leave to Amend Their Complaint.

Respectfully submitted this the 11th day of January, 2008.

/s/ Andy Nelms
K. Anderson Nelms
847 So. McDonough Street, Ste 100
Montgomery, AL 36104
ASB-6972-E63K
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@andersonnelms.com
Counsel for Plaintiff

Of Counsel:
Law Offices of Jay Lewis
847 So. McDonough Street, Ste 100
Montgomery, Alabama 36104

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on the following parties and/or counsel by electronic filing or placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this the 11th day of January, 2008.

Lewis S. Hamilton
Attorney for Defendant
505 E. Commerce Street
Greenville, Alabama 36037

/s/ Andy Nelms
K. Anderson Nelms
847 So. McDonough Street, Ste 100
Montgomery, AL 36104
ASB-6972-E63K
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@andersonnelms.com
Counsel for Plaintiff