IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CARMICHAEL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0976-WKW |
| ) | |
| BRAGGS LUMBER AND ) | |
| TIMBERS COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon filing of the Plaintiffs' First Motion for Leave to Amend Their Complaint (Doc. # 11), it is ORDERED that the defendant respond in writing **on or before January 21, 2008**, and show cause why the motion should not be granted.

DONE this 14th day of January, 2008.

                                          /s/  W.  Keith Watkins
                                     UNITED STATES DISTRICT JUDGE