IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

JAMES CARMICHAEL et al.,

Plaintiff,

v.                                    CASE NO. 2:07-CV-976-WKW

BRAGGS LUMBER & TIMBERS COMPANY, INC.,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __James Carmichael__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

1/16/2008
Date

/s/ K. ANDERSON NELMS
(Signature)

K. Anderson Nelms
(Counsel's Name)

James Carmichael
Counsel for (print names of all parties)

Address, City, State Zip Code

Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

## CERTIFICATE OF SERVICE

I, K. Anderson Nelms, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 16 day of January 20 08, to:

Lewis S. Hamilton

505 E. Commerce Street

Greenville, AL  36037

1/16/2008
Date

/s/ K. Anderson Nelms
Signature