IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

JAMES CARMICHAEL et al.,

    Plaintiff,

v.

BRAGGS LUMBER & TIMBERS COMPANY, INC.,

    Defendants,

CASE NO. 2:07-CV-976-WKW

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Darryl Howard</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>      <u>Relationship to Party</u>

1/16/2008
Date

/s/ K. ANDERSON NELMS
(Signature)

K. Anderson Nelms
(Counsel's Name)

Darryl Howard
Counsel for (print names of all parties)

Address, City, State Zip Code

Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

**CERTIFICATE OF SERVICE**

I, K. Anderson Nelms_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __16__ day of __January_____ 20__08__ to:

Lewis S. Hamilton

505 E. Commerce Street

Greenville, AL  36037

_____

1/16/2008
**Date**

/s/ K. Anderson Nelms
**Signature**