UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CARMICHAEL, DARRYL HOWARD, )
STEVEN HOWARD, AND TERRENCE )
MASON, )
)
)
    Plaintiffs, )
)
v. )   Civil Action No.: 2:07-CV-976-WKW
)
BRAGGS LUMBER & TIMBERS COMPANY, )
INC., a corporation licensed and doing )
business in the State of Alabama, )
)
    Defendant. )

## RESPONSE TO MOTION TO AMEND

Comes now the Defendant in response to the Plaintiff's motion to add two additional Plaintiffs and does not object to consolidating the claims of all Plaintiffs for purposes of discovery but moves that the claims of the two additional Plaintiffs sought to be added be severed from the original Plaintiffs for purposes of trial on the grounds that the claims of the new Plaintiffs arose at different times and under different circumstances.

/s/ Lewis S. Hamilton
LEWIS S. HAMILTON
505 E. Commerce Street
Greenville, Alabama 36037
Phone: (334) 382-3372
Fax: (334) 382-2770
pandh@elmore.rr.com
ASB-7032-O75L

<u>OF COUNSEL:</u>

Powell & Hamilton
Post Office Drawer 9
Greenville, Alabama 36037
(334) 382-3372 (Voice)
(334) 382-2770 (Fax)

## CERTIFICATE OF SERVICE

    I hereby certify that I have this the 21st day of January, 2008, served a copy of the foregoing to all attorneys of record by e-filing notification:  K. Anderson Nelms, Attorney for Plaintiffs, 847 So. McDonough Street, Ste 100, Montgomery, Alabama 36104

                          <u>/s/Lewis S. Hamilton</u>
                          OF COUNSEL