IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CARMICHAEL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-976-WKW |
| | ) |
| BRAGGS LUMBER & TIMBERS COMPANY, INC. | ) |
| | ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Braggs Lumber & Timber Company, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                              Relationship to Party

_____                        _____

_____                        _____

_____                        _____


January 28, 2008                               /s/Lewis S. Hamilton
    Date                                       Counsel

                                               Counsel for Braggs Lumber & Timber Co.

                                               P. O. Drawer 9, Greenville, AL 36037
                                               Address, City, State Zip Code

                                               334-382-3372
                                               Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

### CERTIFICATE OF SERVICE

I, Lewis S. Hamilton, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 28th day of January, 2008, to:

K. Anderson Nelms, Attorney for Plaintiffs, 847 So. McDonaugh Street, Suite 100, Montgomery, Alabama, 36104; andynelms@andersonnelms.com

January 28, 2008
Date

Signature