IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CARMICHAEL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0976-WKW |
| ) | |
| BRAGGS LUMBER AND ) | |
| TIMBERS COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Plaintiffs' First Motion for Leave to Amend Their Complaint (Doc. # 11) and the defendant's Response to Motion to Amend (Doc. # 19), it is ORDERED that the plaintiffs' motion to amend the complaint (Doc. # 11) is GRANTED. In accordance with Local Rule 15.1 for the Middle District of Alabama, the plaintiffs shall file electronically the entire complaint as amended **on or before February 8, 2008**. The defendant shall file its amended answer within ten days after service of the amended complaint pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure.

Defendant's motion to sever is DENIED without prejudice.

DONE this 30th day of January, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE