IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CARMICHAEL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-0976-WKW |
| | ) | |
| BRAGGS LUMBER AND | ) | |
| TIMBERS COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

In light of the court having granted the plaintiffs leave to file an amended complaint (Doc. # 21), and the plaintiffs having now filed their amended complaint (Doc. # 22) and the defendant having filed its answer (Doc. # 23), it is ORDERED that the parties' Rule 26(f) report filing deadline (Doc. # 8) is extended from January 29, 2008 to **February 29, 2008**.

DONE this 19th day of February, 2008.

                                     /s/ W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE