IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES CARMICHAEL,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-976-WKW |
| ) | |
| **BRAGGS LUMBER AND** ) | |
| **TIMBERS COMPANY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER TO SHOW CAUSE

On February 19, 2008, the court entered an order extending the deadline to the parties to file their Rule 26(f) report to February 29, 2008 (Doc. # 24). None has been filed. Accordingly, the plaintiff is ORDERED to show cause on or before **May 23, 2008**, why this action should not be dismissed without prejudice for failure to prosecute.

DONE this 16th day of May, 2008.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE