## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JAMES CARMICHAEL, DARRYL HOWARD,** ) | |
| **STEVEN HOWARD, AND TERRENCE** ) | |
| **MASON,** ) | |
| ) | |
| **Plaintiffs,** ) | **Civil Action No.: 2:07-cv-976-WKW** |
| ) | |
| **v.** ) | |
| ) | |
| **BRAGGS LUMBER AND CO., INC., a** ) | |
| **corporation licensed and doing business in the** ) | |
| **State of Alabama,** ) | |
| ) | |
| **Defendant.** ) | |

### PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE

COME NOW, the Plaintiffs, in response to this Court's Order and show unto the Court the following:

1.     The firm of the undersigned has recently hired a new attorney.  As a result thereof, the undersigned is now unable to represent Plaintiffs due to an imputed conflict of interest.

2.     The undersigned has informed Plaintiffs of said conflict and advised them to obtain other counsel.  However, as of this date, Plaintiffs have not done so.

3.     The undersigned will inform the Court as soon as the Plaintiffs retain new counsel.

WHEREFORE, THE PREMISES CONSIDERED, the Plaintiffs respectfully request that this Honorable Court allow them sufficient time to find and retain suitable counsel.

Respectfully submitted this the 23rd day of May, 2008.

/s/ K. Anderson Nelms
K. Anderson Nelms
2005 Cobbs Ford Rd., Ste 301A
Prattville, AL 36066
ASB-6972-E63K
Phone: (334) 351-1770
Fax: (334) 351-1774
andynelms@andersonnelms.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on the following parties and/or counsel by electronic filing or placing a copy of the same in the United States mail, postage prepaid and properly addressed on this the 23rd day of May, 2008.

Lewis S. Hamilton
Attorney for Defendant

/s/ K. Anderson Nelms
K. Anderson Nelms
2005 Cobbs Ford Rd., Ste 301A
Prattville, AL 36066
ASB-6972-E63K
Phone: (334) 351-1770
Fax: (334) 351-1774
andynelms@andersonnelms.com
Counsel for Plaintiffs