IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CARMICHAEL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-0976-WKW |
| ) | |
| BRAGGS LUMBER AND ) | |
| TIMBERS COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Plaintiffs' Response to Court's Order to Show Cause (Doc. # 26), it is ORDERED that:

1. The plaintiffs shall inform the court **on or before July 1, 2008**, whether they have obtained new counsel or if they intend to proceed *pro se*;

2. The plaintiffs' current counsel shall file a motion to withdraw **within five days** of the plaintiffs having filed the notice mentioned above.

A new Rule 26 deadline will be set upon the resolution of this issue.

DONE this 28th day of May, 2008.

                                     /s/   W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE