IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CARMICHAEL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-0976-WKW |
| | ) | |
| BRAGGS LUMBER AND | ) | |
| TIMBERS COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On May 28, 2008, the court ordered (Doc. # 27) the plaintiffs to inform the court by July 1, 2008, whether they have obtained new counsel or if they intend to proceed *pro se*. To this date, the plaintiffs have failed to provide such notice to the court. Therefore, by virtue of their non-response, the plaintiffs have elected to represent themselves in this matter *pro se*. In order to provide a method of communication with the plaintiffs, it is ORDERED that their current counsel file a notice with the court **on or before July 15, 2008**, containing the name and mailing address of each plaintiff.[1] Upon filing of this notice, the court will entertain a motion to withdraw from the plaintiffs' current counsel.

DONE this 9th day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] To be sure, the first communication the plaintiffs may expect to receive will be an order to show cause why their action should not be dismissed for failure to prosecute.