## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JAMES CARMICHAEL, DARRYL HOWARD, ) <br> STEVEN HOWARD, TERRENCE MASON, ) <br> LORENZA MCWILLIAMS, JR., and ) <br> CLINTON HOWARD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRAGGS LUMBER & TIMBERS COMPANY, ) <br> INC., a corporation licensed and doing business ) <br> in the State of Alabama, ) <br> ) <br> Defendant. ) | Civil Action No.:2:07-cv-976-WKW |

### NOTICE OF SUBSTITUTION OF COUNSEL

**COMES NOW** William R. Davis of the law firm of DAVIS & HERRINGTON, L.L.C. and hereby gives notice of his of appearance as counsel of record for Plaintiffs and the withdrawal of K. Anderson Nelms.

                              s/ William R. Davis
                              _____
                              WILLIAM R. DAVIS (DAV140)
                              ASB-1115-D59W
                              Attorney for Plaintiff

**OF COUNSEL:**

**DAVIS & HERRINGTON, L.L.C.**
Park Place Center
8650 Minnie Brown Road, Suite 150
Montgomery, Alabama 36117
(334) 215-4449
(334) 215-4459 (Fax)
wrd@davisherrington.com

        **s/ K. Anderson Nelms**
        _____
        K. Anderson Nelms
        ASB-6972-E63K

**OF COUNSEL:**
**Anderson Nelms & Associates, LLC**
2005 Cobbs Ford Road
Sterling Bank Building
Prattville, AL 36066
(334) 351-1770
(334) 351-1774 (fax)
andynelms@andersonnelms.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2008 I served the foregoing document on the following parties or attorneys by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid.


Lewis S. Hamilton
Attorney for Defendant
505 E. Commerce Street
Greenville, Alabama 36037

                                          **s/ William R. Davis**

                                          Of COUNSEL