IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CARMICHAEL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. 2:07-cv-0976-WKW |
| | ) |
| BRAGGS LUMBER AND | ) |
| TIMBERS COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Notice of Substitution of Counsel (Doc. # 29), which the court construes as a motion to withdraw from plaintiffs' counsel K. Anderson Nelms, it is ORDERED that the motion is GRANTED and K. Anderson Nelms is WITHDRAWN from this case.

Furthermore, it is ORDERED that the parties' Rule 26(f) report filing deadline (Doc. # 8) is extended from February 29, 2008 to **August 6, 2008**.

DONE this 17th day of July, 2008.

　　　　　　　　　　　　　　　／s／　W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE