UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CARMICHAEL, DARRYL HOWARD, )<br>STEVEN HOWARD, TERRENCE MASON, )<br>LORENZA MCWILLIAMS, JR., and )<br>CLINTON HOWARD, )<br>)<br>    Plaintiffs, )<br>)<br>)<br>BRAGGS LUMBER & TIMBERS COMPANY, )<br>INC., a corporation licensed and doing business )<br>in the State of Alabama, )<br>)<br>    Defendant. ) | Civil Action No.:2:07-cv-976-WKW |

**REPORT OF PARTIES PLANNING MEETING**

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on August 8, 2008, by telephone and was attended by William R. Davis on behalf of Plaintiff, and Lewis S. Hamilton on behalf of Defendant, Braggs Lumber & Timber Company, Inc.

2. Pre-Discovery Disclosures. The parties will exchange by September 1, 2008 the information required by Local Rule 26.l(a)(l).

3. Discovery Plan. The parties jointly propose the following discovery plan:

(a) Discovery will be needed on the following subjects:

    Liability, Damages, and Defenses.

(b) All discovery shall be commenced in time to be completed by April 24, 2009.

(c) A maximum of 40 Interrogatories per party.

(d) A maximum of 10 depositions, excluding experts, per party without leave of

court. Each deposition shall be limited to a maximum of seven (7) hours unless extended by agreement of the parties.

  (e) The names of experts and reports from retained experts under Fed.R.Civ.P. 26(a)(2) should be due from Plaintiff by January 30, 2009 and from Defendant by February 13, 2009.

  (f) Supplemental disclosures and supplemental discovery responses under Fed.R.Civ.P. 26(e) shall be made at reasonable intervals once new or different information becomes known to any party that should be disclosed under Fed.R.Civ.P. 26(a)(1), or that adds to, changes, or corrects an earlier discovery response.

  4. <u>Other items</u>.

  (a) The parties do not request a conference with the Court before entry of the scheduling order.

  (b) Plaintiff should be allowed until January 9, 2009 to join additional parties and amend the pleadings. Defendant should be allowed until January 9, 2009 to join additional parties and amend the pleadings.

  (c) All potential dispositive motions should be filed by May 1, 2009.

  (d) The parties request a pretrial conference 20 days prior to trial.

  (e) Final lists of witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) should be due by May 1, 2009.

  (f) The parties should have 14 days after service of final lists of witnesses and exhibit lists to list objections under Fed.R.Civ.P. 26(a)(3).

  (g) The case should be ready for trial by June 1, 2009.  The trial is expected to take approximately 1-2 days.

The attorneys for the Parties jointly prepared this Report of the Parties' Planning Meeting and counsel for Defendant has reviewed this report and given permission to Plaintiff's counsel to electronically file the instant report with the Court on behalf of the Parties.

Respectfully submitted this the _____ day of _____ 2008.

/s/ William R. Davis

WILLIAM R. DAVIS (DAV140)
ASB-1115-D59W
Attorney for Plaintiff

**OF COUNSEL:**

**DAVIS & HERRINGTON, L.L.C.**
Park Place Center
8650 Minnie Brown Road, Suite 150
Montgomery, Alabama 36117
(334) 215-4449
(334) 215-4459 (Fax)
wrd@davisherrington.com

/s/ Lewis S. Hamilton

LEWIS S. HAMILTON (HAM018)
ASB-7032-O75L
Attorney for Defendant

**OF COUNSEL:**

Lewis S. Hamilton
Attorney for Defendant
505 E. Commerce Street
Greenville, Alabama 36037
(334) 382-3372
(334) 382-2770 (Fax)